# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3045
LT Case No. 2016-CF-005817-A

_____

BRANDEN BAILEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Branden Bailey, Milton, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.

June 30, 2026


PER CURIAM.

   AFFIRMED.


EDWARDS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____